## Abstract of the Decision.

BREACH OF MARRIAGE PROMISE, § 20*—*when evidence sufficient to show promise to marry.* A judgment in favor of plaintiff in a suit for breach of promise, *held* sustained by the evidence, it appearing that defendant's denial of making the promise went only to the precise words used in addressing plaintiff, that the occasion of the interview was to enter into a contract of marriage, and that when plaintiff informed defendant she was willing his conduct and statements would reasonably lead plaintiff to believe that he was also willing.

## George Fugina, Appellee, v. Federal Furnace Company, Appellant.

### Gen. No. 18,919. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 3, 1914.

## Statement of the Case.

Action by George Fugina against Federal Furnace Company to recover for personal injuries sustained by plaintiff by being burned by hot flue dust caused by the negligence of defendant in causing a car of flue dust to be dumped while plaintiff, in the employ of defendant, was engaged in shoveling the dust from the car. From a judgment in favor of plaintiff for two thousand five hundred dollars, defendant appeals.

Appellant assigns for error that a verdict should have been directed for defendant, and that the verdict is contrary to the evidence and the law. It is maintained in support of such errors assigned: (1) That the evidence fails to show any negligence on the part of appellant; (2) that the plaintiff's injuries were proximately caused by risks which he assumed; and

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

(3) that if any negligence contributed to his injuries it was that of fellow-servants.

RALPH F. POTTER, for appellant; ROBERT J. FOLONIE, of counsel.

LEE & LEE, for appellee.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 191*—*when evidence shows master liable for injury to servant resulting from negligent order of foreman.* In an action by a servant to recover for personal injuries sustained by being burned by hot flue dust, the evidence showing that while plaintiff was shoveling the dust from a car the defendant's foreman caused the car to be dumped by negligently issued orders to other servants to release the appliance at the bottom of the car without warning plaintiff, *held* that the court did not err in refusing to direct a verdict for defendant, that the evidence did not show that the injuries were approximately caused by the risks which he assumed or by the negligence of fellow-servants, and that a verdict for plaintiff was sustained by the evidence.

---

### B. F. McKeage, Jr. and Charles F. DaCosta, Appellees, v. Scully-Kostner Coal Company, Appellant.

### Gen. No. 18,932.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 3, 1914. *Certiorari* allowed by Supreme Court.

---

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.